**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Balshe LLC and The Simon Law Firm | FILED: JUNE 5, 2008 |
| vs. | 08 CV 3256     JH |
| Alan J. Ross and SAVE Associates | JUDGE ZAGEL |
| | MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alan J. Ross and SAVE Associates

| NAME (Type or print) |
|---|
| Alan R. Lipton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alan R. Lipton |
| FIRM |
| Hinshaw & Culbertson LLP |
| STREET ADDRESS |
| 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, IL  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225472 | 312-704-3000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐