| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS | (Rev.1/2/01) CCG0001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, | ) | |
| | ) | |
| Plaintiffs, | ) | **08CH19160** |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| ALAN J. ROSS and SAVE ASSOCIATES, | ) | **Please serve:** |
| . | ) | Alan J. Ross |
| | ) | 687 Highland Avenue |
| Defendants. | ) | Needham, MA 02494 |

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to Plaintiffs' Verified Complaint for Injunctive and Other Relief in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2-Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6-Markham | |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | |
| Bridgeview, IL 60455 | Markham, IL 60426 | |

You must file within 30 days after service of this summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE VERIFIED COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

| | |
|---|---|
| Atty. No.: 91731 | WITNESS, __MAY 27 2008__ |
| Name: NOVACK AND MACEY LLP (PAF/RLM/RGD) | DOROTHY BROWN |
| Atty. for: Plaintiff | _____ |
| Address: 100 North Riverside Plaza | Clerk of Court |
| City/State/Zip: Chicago, IL 60606 | Date of Service: _____, _____ |
| Telephone: (312) 419-6900 | (To be inserted by officer on copy left with defendant or other person) |
| | _____ |
| | (Area Code) (Facsimile Telephone Number) |

**DOROTHY BROWN. CLERK OF THE CIRCUIT COURT OF COOK COUNTY. ILLINOIS**

# AFFIDAVIT OF SERVICE

**State of Illinois**                    **County of Cook**                    **Circuit Court**

Case Number: 08CH19160

Plaintiff:
**BALSHE LLC and THE SIMON LAW FIRM,**

vs.

Defendant:
**ALAN J. ROSS and SAVE ASSOCIATES,**

For:
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606

Received these papers to be served on **ALAN J. ROSS, located at 974 Dedham Street, Newtown Center, MA 02459-3451.**

I, David G. Bedugnis Sr, being duly sworn, depose and say that on the 31st day of May, 2008 at 3:50 pm, I:

Personally served the above named Person with a true copy of the Summons (SAVE Associates), Verified Complaint, Notice of Motion, Summons (Alan J. Ross), Emergency Motion For Temporary Restraining Order & Preliminary Injunction, Memorandum In Support of Emergency Motion For Temporary Restraining Order & Preliminary Injunction, Order and Temporary Restraining Order by personal delivery to the subject at the above stated address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description of Person Served:** Age: 55, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 190, Hair: Grey, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 3rd day of
June, 2008  by the affiant who is personally known to
me.

BARBARA A. MONTY-BUTLER, NOTARY PUBLIC
MY COMMISSION EXPIRES: 8/17/2012

David G. Bedugnis Sr
Process Server

Our Job Serial Number: 2008002323
Ref: 08CH19160

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.5j