**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CV 3256 |
| | ) | |
| v. | ) | Judge James B. Zagel |
| | ) | |
| ALAN J. ROSS and SAVE ASSOCIATES, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:     Alan R. Lipton                                    David L. Braverman
        Hinshaw & Culbertson LLP                          Richard S. Julie
        222 N. LaSalle St., Suite 300                     Braverman & Kaskey, P.C.
        Chicago, IL 60601-1081                            One Liberty Place, 56th Floor
        alipton@hinshawlaw.com                            Philadelphia, PA 19103-7334
                                                          braverman@braverlaw.com
                                                          julie@braverlaw.com


        PLEASE TAKE NOTICE that on Thursday, June 12, 2008, at 10:15 a.m., or as soon thereafter as counsel may

be heard, I shall appear before Judge James B. Zagel, or any judge sitting in his stead, in Room 2503 of the United States

Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs' Motion For

Preliminary Injunction, a copy of which is hereby served upon you.


| Name | Novack and Macey LLP (PAF/RLM/RGD) | Attorney for | Plaintiffs |
|---|---|---|---|
| Address | 100 North Riverside Plaza | City | Chicago, Illinois  60606 |
| Telephone | (312) 419-6900 | | |


**PROOF OF SERVICE**

        I, Richard L. Miller II, an attorney, certify that on June 9, 2008, I served this notice by causing a copy to be
delivered, to the first individual named above, via electronic means pursuant to Electronic Case Filing (ECF) procedures,
and to the remaining individuals via electronic mail and U.S. Mail.


                                                          _____
                                                               /s/ Richard L. Miller II
                                                              Richard L. Miller II