UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, ) | |
| ) | Case No. 08-CV-3256 |
| Plaintiffs, ) | |
| ) | Judge James B. Zagel |
| v. ) | |
| ) | Magistrate Judge Susan E. Cox |
| ALAN J. ROSS and SAVE ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiffs Balshe LLC and The Simon Law Firm, by their attorneys, Novack and Macey LLP, hereby move for an extension of the Temporary Restraining Order previously entered in this case until a preliminary injunction hearing is held.

Respectfully submitted

BALSHE LLC and THE SIMON LAW FIRM

By: /s/ Richard L. Miller II
One of Their Attorneys

P. Andrew Fleming
Richard L. Miller II
Richard G. Douglass
John B. Haarlow
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Firm ID. 91731

## CERTIFICATE OF SERVICE

I, Richard L. Miller II, hereby certify that I caused a copy of the foregoing Plaintiffs' Motion To Extend Temporary Restraining Order to be served upon the following individual via electronic means pursuant to Electronic Case Filing (ECF) procedures:

>Alan R. Lipton
>Hinshaw & Culbertson LLP
>222 N. LaSalle St., Suite 300
>Chicago, IL 60601-1081
>alipton@hinshawlaw.com

and upon the following individuals via electronic mail, facsimile and U.S. mail:

>David L. Braverman
>Richard S. Julie
>Braverman & Kaskey, P.C.
>One Liberty Place, 56th Floor
>Philadelphia, PA 19103-7334
>Fax: 215-575-3801
>bbraverman@braverlaw.com
>rjulie@braverlaw.com

on this 10th day of June 2008.

>/s/ Richard L. Miller II
>Richard L. Miller II