UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 CV 3256 |
| ) | |
| v. ) | Judge James B. Zagel |
| ) | |
| ALAN J. ROSS and SAVE ASSOCIATES, ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Alan R. Lipton                           David L. Braverman
      Hinshaw & Culbertson LLP                 Richard S. Julie
      222 N. LaSalle St., Suite 300            Braverman & Kaskey, P.C.
      Chicago, IL 60601-1081                   One Liberty Place, 56th Floor
      alipton@hinshawlaw.com                   Philadelphia, PA 19103-7334
                                               bbraverman@braverlaw.com
                                               rjulie@braverlaw.com

PLEASE TAKE NOTICE that on Thursday, June 12, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge James B. Zagel, or any judge sitting in his stead, in Room 2503 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs' Motion For Entry Of Protective Order, a copy of which is hereby served upon you.

| | | | |
|---|---|---|---|
| Name | Novack and Macey LLP (PAF/RLM/RGD) | Attorney for | Plaintiffs |
| Address | 100 North Riverside Plaza | City | Chicago, Illinois 60606 |
| Telephone | (312) 419-6900 | | |

**PROOF OF SERVICE**

I, Richard L. Miller II, an attorney, certify that on June 10, 2008, I served this notice by causing a copy to be delivered, to the first individual named above, via electronic means pursuant to Electronic Case Filing (ECF) procedures, and to the remaining individuals via electronic mail, facsimile and U.S. Mail.

                                          /s/ Richard L. Miller II
                                          Richard L. Miller II