## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Balshe LLC, et al.
      Plaintiff,

v.              Case No.: 1:08−cv−03256
               Honorable James B. Zagel

Alan J Ross, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/12/2008. MOTION by Plaintiffs Balshe LLC, The Simon Law Firm for preliminary injunction [12] hearing date to be determined. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.