Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3256 | **DATE** | 6/20/2008 |
| **CASE TITLE** | BALSHE, LLC, ET AL vs. ALAN J. ROSS, ET AL | | |

**DOCKET ENTRY TEXT**

Enter temporary restraining order.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DW |
|---|---|---|---|

08C3256 BALSHE, LLC, ET AL vs. ALAN J. ROSS, ET AL

Page 1 of 1