IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, ) | |
| ) | |
| Plaintiffs, ) | Case No. **08 CV 3256** |
| ) | |
| v. ) | Judge James B. Zagel |
| ) | |
| ALAN J. ROSS and SAVE ASSOCIATES, ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendants. ) | |

**08 C 3256**

### TEMPORARY RESTRAINING ORDER BOND

In the event it is held that the Temporary Restraining Order dated June 23, 2008 wrongfully enjoined or restrained the Defendants, we jointly and severally agree to pay up to and including, but in all events not exceeding, the amount of $25,000.00 in costs and damages that are found to have been sustained by Defendants as a result thereof.

The obligation of this bond is limited to $25,000.00.

As principals: BALSHE LLC and THE SIMON LAW FIRM

By: _P. Andrew Fleming_
Title: One of Their Attorneys
Date: June 23, 2008

As surety:

HARTFORD INSURANCE COMPANY
OF ILLINOIS AS SURETY
_Thomas J. Turnbush_

APPROVED:
_J. B. Zagel_
Date: JUN 30 2008