## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3256 | **DATE** | 7/1/2008 |
| **CASE TITLE** | BALSHE LLC, ET AL vs. ALAN J. ROSS, ET AL | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal with prejudice.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|