

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL - 1 2008
7-1-08
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, ) | |
| ) | Case No. 08-CV-3256 |
| Plaintiffs, ) | |
| ) | Judge James B. Zagel |
| v. ) | |
| ) | Magistrate Judge Susan E. Cox |
| ALAN J. ROSS and SAVE ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Balshe LLC and The Simon Law Firm, and Defendants Alan J. Ross and SAVE Associates, by their respective attorneys, pursuant to that certain Settlement Agreement and General Release between and among the parties and others dated as of June 26, 2008, hereby stipulate and agree to voluntarily dismiss all claims and counterclaims in the captioned action <u>with prejudice</u> and without costs.

The parties hereby submit to the continued jurisdiction of the Court to enforce the terms of the settlement agreement.

BALSHE LLC AND THE SIMON LAW FIRM

By: _____
One of Their Attorneys

P. Andrew Fleming
Richard L. Miller II
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

ALAN J. ROSS AND SAVE ASSOCIATES

By: _____
One of Their Attorneys

Alan R. Lipton
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000