

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALSHE LLC and THE SIMON LAW FIRM, ) | |
| ) | Case No. 08-CV-3256 |
| Plaintiffs, ) | |
| ) | Judge James B. Zagel |
| v. ) | |
| ) | Magistrate Judge Susan E. Cox |
| ALAN J. ROSS and SAVE ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal With Prejudice filed by the parties in the above-captioned action,

IT IS HEREBY ORDERED THAT:

1. The above-captioned action, including all claims and counterclaims of either party, is hereby dismissed with prejudice, and without costs or attorneys' fees to any party, pursuant to that certain Settlement Agreement and General Release between and among the parties and others dated as of June 26, 2008 (the "Settlement Agreement");

2. The Temporary Restraining Order entered in the above-captioned action, as extended from time to time, is dissolved *instanter* and the Temporary Restraining Order Bond is hereby released; and

3. The Court hereby retains jurisdiction to enforce the terms of the Settlement Agreement.

ENTERED: 7-1-2008

Honorable James B. Zagel
United States District Court Judge